No. 3362.

(Court of Appeal, Parish of Appeal.)

## CITY OF NEW ORLEANS, Appellant, vs WILLIAM SCHROEDER, Appellee.

1. In expropriation proceedings a fair price should be paid to the owner for the thing of which he is dispossessed.    R. C. C. 2628.
2. But the Courts will protect the public from extortionate demands, while guarding the legitimate interests of property holders.   City of New Orleans vs Borne, No. 3029 of Docket of Court of Appeal.

Appeal from Civil District Court, Division A.

Omer Villere and Ph. Gidiere, for Plaintiff and Appellants.

H. S. Suthon and Fred. Deibel, Jr., for Defendant and Appellee.

BEAUREGARD, J.   The City of New Orleans for its Sewerage and Water Board appeals from the verdict of the jury and the judgment thereon predicated fixing, in its expropriation proceedings against the defendant's property, the value thereof at $1200, instead of at $850, which through its Counsel, it has declared in this Court to be willing and ready to pay.

The jury likely on the showing made that defendant's property was a truck farm highly cultivated, growing a number of fruit-bearing trees which yielded a revenue, with a small house upon it leased to a tenant; and considering the testimony of the expert real estate agents produced by the parties fixed the value or damages at the figure stated above.

On the other hand, appellant contends that variance exists in the estimate of these real estate witnesses; that property in the neighborhood more favorably situated than defendant's was obtained (such as a Mr. Lagarde's property) for $oo, at a proportional price less than that demanded by the defendant whose property comprised only about a half square; was situated at some ten or eleven blocks from the nearest car line, with roads leading to it almost impassable in bad weather and situated back of the protection levee; that the first trees thereon were short lived, easily replaced and far from being of the intrinsic value sought to be given to them and that the building or the property was not worth over $275, which deducted from the price offered to be paid would, with it, fix the true value of the property.

This Court has in the case of City of New Orleans vs. F. J. Burne No. 3029, of its docket laid down the doctrine that "it is the duty of Courts in expropriation proceedings to protect the public

74

from extortionate demands while guarding the legitimate interest of property holders." See also R. C. C. 2627.

Guided by this principle, and on the one hand by the positive and on the other hand by the approximate valuations of defendant's property, and that of the building thereon as well as by its situation as a truck farm yeilding a considerable revenue (though consumed in expenses and improvements of the soil) and the livelihood it afforded to six persons residing thereon, this Court, however averse to disturbing the verdict of a disinterested jury of freeholders, has reached the conclusion that the award is excessive and should be reduced to the sum of One Thousand Dollars.

The judgment is therefore so amended as to reduce the amount from $1200 to One Thousand ($1000) Dollars. And as thus amended the verdict of the jury and the judgment are herein affirmed. Costs of Appeal to be paid by the Appellee.

Judgment amended and affirmed.